PROB 12C
(6/16)

Report Date: August 8, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark                Case Number: 0980 2:17CR00144-WFN-1

Address of Offender:                 Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

Original Offense:       Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 60 months            Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:   U.S. Attorney's Office         Date Supervision Commenced: July 31, 2017

Defense Attorney:      Federal Defenders Office       Date Supervision Expires: July 30, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Mr. Stark violated the terms of his supervised release by driving under the influence of alcohol on or about July 20, 2019.

On July 31, 2017, supervision commenced in this matter. On August 1, 2017, Daniel Stark reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted mandatory condition number 2. Mr. Stark signed a copy of his judgment, indicating an understanding of the conditions imposed.

On July 20, 2019, at approximately 8:38 p.m., while on routine patrol, a trooper with the Washington State Patrol observed a driver, later identified as the offender, and his passenger not wearing their seatbelts.

Prob12C
**Re: Stark, Daniel James**
**August 8, 2019**
**Page 2**

        The trooper performed a traffic stop. After activating his emergency lights, he observed the offender and the passenger struggling to put their seatbelts on. Upon approaching the vehicle, the trooper immediately noted that Daniel Stark and the passenger's eyes were watery and bloodshot. When questioned, Mr. Stark initially admitted to consuming two or three beers, with his last drink being approximately 2 hours prior.

        Mr. Stark agreed to complet voluntary field sobriety tests (FST). After being questioned about his alcohol consumption again, he indicated he had consumed four or five beers.

        The Walk and Turn FST was conducted. Mr. Stark had attempted the test twice before being instructed to do so, losing his balance twice, and stepping off the line and failed to touch heel-to-toe on step one.

        The one leg stand was conducted. Mr. Stark swayed from side to side during this test.

        Mr. Stark then voluntarily took a preliminary breath test (PST). Mr. Stark provided a sample of .165.

        Mr. Stark was placed under arrested for driving under the influence. He was transported to the Spokane Valley precinct where Breath Alcohol Concentration (BAC) tests were administered. Two valid samples were provided and the results of the sampled were 0149/.152 and .159/.163.

        Mr. Stark was then transported to his residence.

2        **Special Condition # 5**: The defendant shall abstain from the consumption of alcohol and shall not enter establishments where alcohol is the primary item of sale. This condition supercedes standard condition number 7 with respect to alcohol consumption only.

        **Supporting Evidence**: Mr. Stark violated the terms of his supervised release by consuming alcohol, on or about July 20, 2019.

        On July 31, 2017, supervision commenced in this matter. On August 1, 2017, Daniel Stark reported to the U.S. Probation Office for the purpose of completing a supervision intake. At that time, his conditions of supervision were read to him, which included the above-noted special condition number 5. Mr. Stark signed a copy of his judgment, indicating an understanding of the conditions imposed.

        On July 20, 2019, at approximately 8:38 p.m., while on routine patrol, a trooper with the Washington State Patrol observed a driver, later identified as the offender, and his passenger not wearing their seatbelts.

        The trooper performed a traffic stop. After activating his emergency lights, he observed the offender and the passenger struggling to put their seatbelts on. Upon approaching the vehicle, the trooper immediately noted that both the offender and the passenger's eyes were watery and bloodshot. When questioned, Daniel Stark initially admitted to consuming two or three beers, with his last drink being approximately 2 hours prior.

Prob12C
**Re: Stark, Daniel James**
**August 8, 2019**
Page 3

> Mr. Stark agreed to complete voluntary field sobriety tests (FST). After being questioned about his alcohol consumption again, he indicated he had consumed four or five beers.
>
> The Walk and Turn FST was conducted. Mr. Stark had attempted the test twice before being instructed to do so, losing his balance twice, and stepping off the line and failed to touch heel-to-toe on step one.
>
> The one leg stand was conducted. Mr. Stark swayed from side to side during this test.
>
> Mr. Stark then voluntarily took a preliminary breath test (PST). Mr. Stark provided a sample of .165.
>
> Mr. Stark was placed under arrested for driving under the influence. He was transported to the Spokane Valley precinct where Breath Alcohol Concentration (BAC) tests were administered. Two valid samples were provided and the results of the sampled were 0149/.152 and .159/.163.
>
> Mr. Stark was then transported to his residence.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 8, 2019

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer
8/8/2019

Date