PROB 12C
(6/16)

Report Date: October 2, 2020

# United States District Court

#### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 02, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark                    Case Number: 0980 2:17CR00144-WFN-1

Address of Offender:                                     Spokane, Washington 99223

Name of Sentencing Judicial Officer:  The Honorable Dana L. Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

Original Offense:        Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 60 months;                Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Patrick J. Cashman                 Date Supervision Commenced: July 31, 2017

Defense Attorney:        Federal Defenders Office           Date Supervision Expires: July 30, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2 by committing the offense of second degree assault on or about May 24, 2020.

On August 1, 2017, the offender's conditions were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must not commit another federal, state, or local crime.

On August 14, 2020, the offender was charged with second degree assault in Spokane County Superior Court, case number 20-1-10409-32. Subsequently, a summons was issued and his criminal trial date has been scheduled for December 7, 2020.

According to the incident report, the alleged assault occurred on May 24, 2020. On this same date, the Spokane Police Department was dispatched to the Valley Medical Center based on a report of an assault that occurred at a separate location. The victim advised he had been at a social gathering and was physically assaulted by a male named Daniel.

Prob12C
**Re: Stark, Daniel James**
**October 2, 2020**
**Page 2**

Witnesses corroborated this information and the victim further informed law enforcement that he did not wish to press charges. The responding officer observed the victim had a scratch on his face and his jaw was visibly swollen. Medical personnel later confirmed the victim's jaw was fractured and would require surgery. Apart from Mr. Stark's first name, the incident report did not contain any of his identifiers, nor information indicating how Mr. Stark was identified as the suspect in the aforementioned case.

On September 30, 2020, the probation officer spoke with the prosecuting attorney who has been assigned this case. She indicated the victim and two witnesses were able to independently identify the offender from a photo montage shown to them by investigating officers.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 2, 2020

s/ Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/2/2020
Date