PROB 12C
(6/16)

Report Date: February 14, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 14, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark                Case Number: 0980 2:17CR00144-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months    Type of Supervision: Supervised Release |
| | TSR - 60 months |
| Asst. U.S. Attorney: | Patrick J. Cashman    Date Supervision Commenced: July 31, 2017 |
| Defense Attorney: | Molly Marie Winston    Date Supervision Expires: July 30, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3 by ingesting controlled substances, methamphetamine and marijuana, on or about January 18, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must refrain from unlawful use of controlled substances.

On January 18, 2022, Mr. Stark contacted the undersigned via telephone and stated he had relapsed. Subsequently, he reported to the U.S. Probation Office on January 19, 2022, at which time he submitted a urine specimen that returned positive for methamphetamine and marijuana. At that time, he signed an admission form acknowledging use of said substances.

Prob12C
Re: Stark, Daniel James
February 14, 2022
Page 2

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3 by ingesting controlled substances, methamphetamine, amphetamine, and marijuana, on or about January 21, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by his supervising officer that he must refrain from unlawful use of controlled substances.

On January 21, 2022, Mr. Stark submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for amphetamine, methamphetamine, and marijuana.  On this same date, he signed an admission form acknowledging use of said substances.

3       **Standard Condition #1:** The defendant shall not leave the judicial district without permission of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 1 by leaving the judicial district without permission of the probation officer from approximately February 1, to February 7, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by his supervising officer that he must not leave the judicial district without permission of the probation officer.

On February 4, 2022, the undersigned received a text message from the offender stating he left the Eastern District of Washington to visit his family in Montana.  During a subsequent conversation, Mr. Stark admitted to traveling to the District of Montana from approximately February 1, to February 7, 2022.  When questioned further, he acknowledged he was aware he was required to obtain permission from the probation officer to travel outside the judicial district, but failed to do so because he believed his request would be denied due to his recent relapse.

4       **Special Condition #1:** The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision.  The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer.

**Supporting Evidence:** The offender is alleged to have violated special condition number 1 by failing to submit to urinalysis testing at Pioneer Human Services (PHS) on February 2, and February 3, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by his supervising officer that he must report for drug testing as directed.

Prob12C
Re: Stark, Daniel James
February 14, 2022
Page 3

The probation officer received email correspondence from PHS indicating Mr. Stark failed to report to their facility for urinalysis testing on February 2, and February 3, 2022.

5     **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer.

**Supporting Evidence:** The offender is alleged to have violated special condition number 2, by failing to attend a scheduled substance abuse assessment at Breakthrough Recovery on February 3, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must complete a program of substance abuse treatment as approved by the probation officer.

On February 7, 2022, the undersigned received email correspondence from Breakthrough Recovery indicating the offender failed to attend his scheduled substance abuse assessment on February 3, 2022.

6     **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence:** The offender is alleged to have violated mandatory condition number 3 by ingesting a controlled substance, marijuana, on or about February 7, 2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by his supervising officer that he must refrain from unlawful use of controlled substances.

On February 7, 2022, Mr. Stark submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for marijuana. He initially reported that his last use of marijuana was 2 weeks prior to this date, however, he later admitted to ingesting marijuana approximately 1 week prior to the collection of the above-noted urine specimen.

7     **Special Condition #8:** You shall complete 50 hours of community service at the rate of not less than 7 hours per month, at a not-for-profit site approved in advance by the supervising officer. The hours are to be completed in full no later than July 1, 2022.

**Supporting Evidence:** The offender is alleged to have violated special condition #8 by failing to provide the probation officer with documentation that he has completed 7 hours of community service per month.

Prob12C
**Re: Stark, Daniel James**
**February 14, 2022**
Page 4

On December 2, 2021, Mr. Stark appeared before the Court for a revocation hearing. At that time, he was continued on supervision and was further ordered to complete 50 hours of community service at the rate of not less than 7 hours per month.

This officer has instructed Mr. Stark to provide verification of his completed community service hours, but he has failed to submit such.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 14, 2022

s/ Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]   Other

_Signature of Judicial Officer_

2/14/2022
Date