PROB 12C
(6/16)

Report Date: May 26, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 27, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark    Case Number: 0980 2:17CR00144-WFN-1

Address of Offender: ███████████████ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

Original Offense:    Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison - 60 months         Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Patrick J. Cashman          Date Supervision Commenced: July 31, 2017

Defense Attorney:    Molly Marie Winston         Date Supervision Expires: July 30, 2022

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/14/2022 and 03/25/2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 Breathalyzer tests annually during the period of supervision.  The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 1, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on May 10, 2022. |
| | The probation officer received email correspondence from PHS indicating Mr. Stark failed to report for urinalysis testing on May 10, 2022. |

Prob12C
**Re: Stark, Daniel James**
May 26, 2022
Page 2

|     |     |
| --- | --- |
| 10 | **Special Condition # 2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of this treatment, as determined by the United States Probation Officer. |

<br>

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to attend scheduled treatment sessions at PHS on May 5, 12, 19, and 25, 2022.

On March 23, 2022, the probation officer was notified by PHS that the offender failed to attend scheduled group treatment sessions on May 5, 12, and 19, 2022. Additionally he failed to attend an individual treatment session on May 25, 2022. The treatment provider advised that if he fails to make contact with PHS by May 30, 2022, he will be discharged.

11   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: The offender is alleged to have violated standard condition number 3, by being untruthful with the probation officer on March 26, 2022.

On March 26, 2022, Mr. Stark reported to the U.S. Probation Office for a scheduled office appointment. At that time, he informed the probation officer that he had been attending his required substance abuse treatment sessions at PHS. As previously noted, the offender has not attended any of his scheduled treatment sessions in May 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under a penalty of perjury that the foregoing is true and correct.

Executed on:   May 26, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

Prob12C
**Re: Stark, Daniel James**
**May 26, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____5/27/2022_____
Date