PROB 12C
(6/16)

Report Date: June 3, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark        Case Number: 0980 2:17CR00144-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99260

Name of Sentencing Judicial Officer: The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

Original Offense:       Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1)

Original Sentence:      Prison - 60 months            Type of Supervision: Supervised Release
                        TSR - 60 months

Asst. U.S. Attorney:    Patrick J. Cashman            Date Supervision Commenced: July 31, 2017

Defense Attorney:       Molly Marie Winston           Date Supervision Expires: July 30, 2022

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/14/2022, 03/25/2022, and 05/26/2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #1**: The defendant shall participate in substance abuse testing, to include not more than 365 urinalysis tests and not more than 365 breathalyzer tests annually during the period of supervision. The defendant is to pay all or part of the costs of testing as determined by the United States Probation Officer. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 1, by failing to report to Pioneer Human Services (PHS) for urinalysis testing on May 31, 2022. |
| | The probation officer received email correspondence from PHS indicating Mr. Stark failed to report for urinalysis testing on May 31, 2022. |

Prob12C
Re: Stark, Daniel James
June 3, 2022
Page 2

| | | |
|---|---|---|
| 13 | | **Special Condition #2**: The defendant shall participate in and complete a program of substance abuse treatment as approved by the United States Probation Office, until the defendant is released from the program by the probation officer. The defendant is to pay part or all of the cost of his treatment, as determined by the United States Probation Officer. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to attend a scheduled treatment session at PHS on May 26, 2022. Further, on June 2, 2022, he was discharged from treatment.

The probation officer received email correspondence from PHS indicating Mr. Stark was discharged from treatment due to his failure to contact the treatment agency, as well as multiple missed treatment group sessions.

14          **Standard Condition #3:** The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 3, by failing to follow the instructions of the probation officer on May 26, 2022.

On May 26, 2022, the undersigned instructed Mr. Stark to contact PHS to avoid being discharged from treatment. Additionally, he was instructed to attend his scheduled group treatment session at PHS on that same date. As previously indicated, Mr. Stark failed to follow the probation officer's instructions.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 3, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge assigned to the case.

Signature of Judicial Officer

6/3/2022
Date