PROB 12C
(6/16)

Report Date:  March 25, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daniel James Stark              Case Number: 0980 2:17CR00144-WFN-1

Address of Offender: ███████████, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Dana Christensen, U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 20, 2013

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: July 31, 2017 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: July 30, 2022 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/14/2022.

On August 14, 2020, Mr. Stark's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3:** The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 3 by ingesting a controlled substance, marijuana, on or about March 16, 2021.

On March 16, 2021, Mr. Stark submitted a urine specimen at Pioneer Human Services (PHS) that returned positive for marijuana.  At that time, he signed a denial form indicating he had not used said substance.  On March 24, 2022, the urine specimen was confirmed positive for marijuana.

**Prob12C**
**Re: Stark, Daniel James**
**March 25, 2022**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     March 25, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

March 25, 2022

Date